UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Richard Parker

        v.                                Case No. 05-cv-380-PB

MVM, Inc.


RECUSAL ORDER

I hereby recuse myself from this case and direct the clerk to assign it to another judge.

SO ORDERED.


January 3, 2006                                 /s/ Paul Barbadoro
                                                                 Paul Barbadoro
                                                                 United States District Judge


cc:    Glenn Perlow, Esq.
        David McGrath, Esq.
        Christopher Cole, Esq.